No. 80–5052.  GULLICK *v.* NEW HAMPSHIRE.  Sup. Ct. N. H.  Certiorari denied.

No. 80–5054.  BASZNER *v.* UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 80–5056.  GREENE *v.* OHIO.  Ct. App. Ohio, Hamilton County.  Certiorari denied.

No. 80–5059.  WEDRA *v.* UNITED STATES.  C. A. 2d Cir. Certiorari denied.

No. 80–5062.  NEAL *v.* MISSISSIPPI.  Sup. Ct. Miss.  Certiorari denied.

No. 80–5063.  DIETRICH *v.* LIMBS, UNITED STATES MARSHAL.  C. A. 9th Cir.  Certiorari denied.

No. 80–5064.  GREEN *v.* ARMSTRONG RUBBER CO.  C. A. 5th Cir.  Certiorari denied.

No. 80–5066.  CLAYTON *v.* OHIO.  Sup. Ct. Ohio.  Certiorari denied.

No. 80–5068.  ROBERTS *v.* OHIO.  Sup. Ct. Ohio.  Certiorari denied.

No. 80–5070.  SHIRLEY *v.* GEORGIA.  Sup. Ct. Ga.  Certiorari denied.

No. 80–5075.  MELTON *v.* UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 80–5076.  RIDDELL *v.* WASHINGTON.  Sup. Ct. Wash. Certiorari denied.